IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINALD DENARD TAYLOR, # 02501817, *Plaintiff*, | § § § § | |
| v. | § | No. 3:25-CV-01193-X-BT |
| MISS SANDRA LNU, et al., *Defendants*. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 6). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Reginald Denard Taylor's case will be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 12th day of August 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE